**CHAITMAN LLP**
Helen Davis Chaitman, Esq.
Lance Gotthoffer, Esq.
465 Park Avenue
New York, New York 10022
Phone: (888) 759-1114
hchaitman@chaitmanllp.com
lgotthoffer@chaitmanllp.com

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, individually and on behalf of a class of similarly situated Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>              v.<br><br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| SUSANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS,<br><br>                                    Plaintiffs,<br><br>              v.<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW | Adv. Pro. No. 15-01293 (SMB)<br><br><br>Appeal No.: _____ |

{00028978 1 }

PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower; and IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, ("Appellants"), hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from the following:

(i) Memorandum Decision Denying Motion for Declaratory Judgment and Dismissing Complaint of the United States Bankruptcy Court for the Southern District of New York (Hon. Stuart M. Bernstein) entered in the above-referenced proceeding on March 7, 2017 (Doc. No. 49) (the "Decision," annexed hereto as **Exhibit A**).

The names of parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Baker & Hostetler LLP**
David J. Sheehan, Esq.
Deborah H. Renner, Esq.
Tracy L. Cole, Esq.
Keith R. Murphy, Esq.
Amy Vanderwal, Esq.
Ferve Ozturk, Esq.
Samuel M. Light, Esq.
    Of Counsel

{00028978 1 }

45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4688

*Attorneys for Irving H Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**Chaitman , LLP**
Helen Davis Chaitman, Esq.
Lance Gotthoffer, Esq.
465 Park Avenue
New York, NY 10022
Telephone: 888-759-1114

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis, individually and similarly situated class*

**Schulte Roth & Zabel LLP**
William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Michael Kwon, Esq.
Jennifer M. Opheim, Esq.
Mark D. Richardson, Esq.
      Of Counsel
919 Third Avenue
New York, NY 10022
Telephone: 212-756-2000

*Attorneys for Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; The Picower Foundation; The Picower Institute of Medical Research; The Trust F/B/O Gabrielle H. Picower; Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower*

|  |  |  |
|---|---|---|
| Dated: | March 20, 2017<br>New York, New York | **CHAITMAN LLP** |
|  | By: | */s/ Helen Davis Chaitman* |

                                                           Helen Davis Chaitman, Esq.
                                                           Lance Gotthoffer, Esq.
                                                           465 Park Ave.
                                                           New York, New York 10022
                                                           Telephone: (888) 759-1114
                                                           Facsimile: (888) 759-1114
                                                           hchaitman@chaitmanllp.com

*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis, individually and similarly situated class*

## **CERTIFICATE OF SERVICE**

I, Sarah Howell, hereby certify that I caused a true and correct copy of the foregoing documents(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2017                                     */s/ Sarah Howell*

{00028978 1 }