# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Deborah H. Renner
direct dial: 212.589.4654
drenner@bakerlaw.com

August 24, 2017

**VIA COURIER AND ECF**

Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Marshall v. Capital Growth Co.*, 17-cv-02230-VSB (S.D.N.Y.)

Dear Judge Broderick:

We represent Appellee Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC.

Enclosed is a CD containing the Appellees' text-searchable appendix. Please note that, because Appellants' appendix was incomplete and also failed to include a table of contents, for the Court's convenience, Appellees' appendix includes all documents designated by the parties rather than just missing documents. *See* Fed. R. Bankr. P. 8018(b)(2).

Given the voluminous nature of Appellees' appendix, we have not provided hard copy documents to the Court, but we will do so upon request.

Respectfully submitted,

Deborah H. Renner

Enclosure

cc:   Counsel of Record (*w/o enclosure, via ECF*)

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC