# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION

                Plaintiff,

      -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------X
In re:
BERNARD L. MADOFF,

                Debtor.

------------------------------------------------------------X
SUSANNE STONE MARSHALL, ADELE
FOX, MARSHA PESHKIN, and RUSSELL
OASIS,

                Plaintiffs/Appellants,

      -against-

CAPITAL GROWTH COMPANY; DECISIONS,
INCORPORATED; FAVORITE FUNDS; JA
PRIMARY LIMITED PARTNERSHIP; JA
SPECIAL LIMITED PARTNERSHIP; JAB
PARTNERSHIP; JEMW PARTNERSHIP; JF
PARTNERSHIP; JFM INVESTMENT
COMPANIES; JLN PARTNERSHIP; JMP
LIMITED PARTNERSHIP; JEFFRY M.
PICOWER, PC.; THE PICOWER FOUNDATION;
THE PICOWER INSTITUTE OF MEDICAL
RESEARCH; THE TRUST F/B/O GABRIELLE
H. PICOWER; BARBARA PICOWER,
individually and as Executor of the Estate of
Jeffry M. Picower, and as Trustee for the Picower
Foundation and for the Trust f/b/o Gabrielle H.
Picower; and IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,

                Defendants/Appellees.
------------------------------------------------------------X

17 **CIVIL** 2230 (VSB)
**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 19, 2019, the decision of the Bankruptcy Court is AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York
March 20, 2019

RUBY J. KRAJICK
Clerk of Court

BY: *(signature)*
Deputy Clerk