CHAITMAN LLP
Helen Davis Chaitman, Esq.
Lance Gotthoffer, Esq.
465 Park Ave
New York, New York 10022
Phone & Fax: (888) 759-1114
hchaitman@chaitmanllp.com
lgotthoffer@chaitmanllp.com

*Attorneys for Appellants Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, Individually and on behalf of a class of similarly situated Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| SUSANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS,<br><br>         Plaintiffs/Appellants,<br><br>   v.<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. | Adv. Pro. No. 15-01293 (SMB)<br><br><br><br>Case No: 1-17-cv-02230 (VSB) |

{00039759 4}          1

| |
|---|
| PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower; and IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Defendants/Appellees. |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

PLEASE TAKE NOTICE that Plaintiffs/Appellants**,** Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, appeal as of right to the United States Court of Appeals for the Second Circuit from the final judgment of the District Court for the Southern District of New York (Hon. Vernon S. Broderick), entered in this case on the 20th day of March, 2019, from which the Court's Opinion and Order dated the 19th day of March, 2019 (Doc. Nos. 36 and 35, respectively) affirmed the Decision of the United States Bankruptcy Court for the Southern District of New York (Hon. Stuart M. Bernstein) entered in the above-referenced proceeding dated the 7th day of March, 2017 denying Plaintiffs' motion for declaratory judgment and dismissing Plaintiffs'/Appellants' complaint (Doc. No. 49).

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

**Baker & Hostetler LLP**
David J. Sheehan, Esq.
Tracy L. Cole, Esq.
Keith R. Murphy, Esq.
Amy Vanderwal, Esq.
Ferve Ozturk, Esq.

45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4688

*Attorneys for Defendant/Appellee Irving H Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**Chaitman LLP**
Helen Davis Chaitman, Esq.
Lance Gotthoffer, Esq.
465 Park Avenue
New York, NY 10022
Telephone: 888-759-1114

*Attorneys for Plaintiffs/Appellants Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis, individually and similarly situated class*

**Schulte Roth & Zabel LLP**
William D. Zabel, Esq.
Jennifer M. Opheim, Esq.
919 Third Avenue
New York, NY 10022
Telephone: 212-756-2000

*Attorneys for Defendants/Appellees Capital Growth Company; Decisions, Inc.; Favorite Funds; JA Primary Limited Partnership; JA Special Limited Partnership; JAB Partnership; JEMW Partnership; JF Partnership; JFM Investment Companies; JLN Partnership; JMP Limited Partnership; Jeffry M. Picower Special Company; Jeffry M. Picower, P.C.; The Picower Foundation; The Picower Institute of Medical Research; The Trust F/B/O Gabrielle H. Picower; Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower*

Dated: April 15, 2019

                      **CHAITMAN LLP**

                      */s/ Helen Davis Chaitman*
                      Helen Davis Chaitman Esq.
                      Lance Gotthoffer, Esq.
                      465 Park Avenue
                      New York, New York 10022
                      Telephone: 888-759-1114
                      Facsimile: 888-759-1114
                      hchaitman@chaitmanllp.com

                      *Attorneys for Appellants*